UNITED STATES DISTRICT COURT

for

**WESTERN DISTRICT OF TENNESSEE**

FILED BY ___ D.C.
05 JUN 30 PM 3: 15
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

U. S. A. vs. **Lonny Conway**                                    Docket No. **2:98CR20178-001**

### Petition on Probation and Supervised Release

COMES NOW **Daryl K. Butler** **PROBATION OFFICER OF THE COURT** presenting an official report upon the conduct and attitude of **Lonny Conway** who was placed on supervision by the Honorable Jerome Turner sitting in the Court at **Memphis, TN** on the **12th** day of **February, 1999,** who fixed the period of supervision at **three (3) years \***, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

1. The defendant shall maintain full-time employment.

2. The defendant shall submit to drug abuse screens and programs as directed by the Probation Office.

3. The defendant shall pay restitution in the amount of $5,000.00. (Balance:$2,955.00)

\*   Supervision began June 26, 2002.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

**The defendant failed to pay $5,000.00 restitution as ordered by the Court.**

Lonny Conway is unable to satisfy the restitution as ordered by the Court. He has made payments ranging from $15.00 to $300.00, and it is believed that he has paid to the best of his financial ability. He has made a good faith effort, however, to date, he has paid $2,045.00, leaving an unpaid balance of $2,955.00. It should be noted that Mr. Conway paid his $100.00 Special Assessment in full. The U. S. Attorney's Financial Litigation Unit has been contacted, and they stated Mr. Conway's restitution is currently being collected through U. S. Bankruptcy Court.

**PRAYING THAT THE COURT WILL ORDER** that Lonny Conway's Supervised Release be allowed to expire as scheduled on June 25, 2005, with the understanding that the Office of the United States Attorney/Financial Litigation Unit will be responsible for the continued collection of restitution.

| ORDER OF COURT | Respectfully, |
|---|---|
| Considered and ordered this 30th day of June, 2005 and ordered filed and made a part of the records in the above case.<br><br>_____<br>United States District Judge<br>This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _____ | _____<br>Daryl K. Butler<br>United States Probation Officer<br><br>Place **Memphis, Tennessee**<br><br>Date **June 17, 2005** |

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 29 in case 2:98-CR-20178 was distributed by fax, mail, or direct printing on July 5, 2005 to the parties listed.

---

Stuart J. Canale
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT